From: The District Court of the Thirteenth Judicial District. County of Big Horn.

STATE OF MONTANA, Plaintiff, vs. ROBERT ROLLINS, Defendant.

Received at State Prison 1/17/64—Murder, first.

NO. 47

## DECISION

The application of the above-named defendant for a review of the sentence of life, imposed on the 16th day of January, 1964, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The Petition for Review is denied.

The reason for the above decision is that Chapter 25 of the Montana Code of Criminal Procedure (1967) Section 95-2502 provides, in part, as follows: "Any person sentenced to a term of one year or more in the state prison by any court of competent jurisdiction may . . . except in any case in which a different sentence could not have been imposed, file . . . an application for review of the sentence by the review division." This defendant was sentenced to life imprisonment on a charge of First Degree, Murder. It is the opinion of the Board that it has no jurisdiction to reduce this sentence as it is the only one that could have been imposed except, of course, hanging.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Second Judicial District. County of Silver Bow.

STATE OF MONTANA, Plaintiff, vs. STEVEN SALMINEN, Defendant.

Received at State Prison 12/22/67—Burglary, first.

NO. 34

## DECISION

The application of the above-named defendant for a review of the sentence of 8 years, imposed on December 10, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this defendant plead guilty, on September 7, 1967, before Judge Freebourn, who deferred sentence for a period of three years. The prisoner violated this by committing burglary in the first degree on the 11th of December, following. Under the circumstances it is not felt that the Board would be justified in reducing the sentence imposed.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.